UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE LEE HARPER,

    Plaintiff,

v.                                      Case No. 8:02-cv-1607-T-23EAJ

FRANK TWOHIG, et al.,

    Defendants.

_____/

**ORDER**

This civil rights action has one claim that has survived summary judgment: whether defendants retaliated against Harper because he successfully used the inmate grievance process to overturn the confiscation of certain inmate property, as Harper alleges in Count Two. *See* Order (Doc. 50). The defendants' motion for summary judgment was denied regarding this claim because the motion was insufficiently supported with admissible evidence.

Accordingly, the parties have fifteen (15) days to file a notice informing the court whether (1) either intends to file another motion for summary judgment or (2) a trial date should be set.

ORDERED in Tampa, Florida, on June 12, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro