UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


WILLIE LEE HARPER,

     Plaintiff,

v.                                                                Case No. 8:02-cv-1607-T-23EAJ

FRANK TWOHIG, *et al.*,

     Defendants.

_____/

### O R D E R

In response to the court's earlier order (Doc. 51), the defendants request an extension of time to file a motion for summary judgment.  The defendants shall file their motion for summary judgment on or before **Friday, July 29, 2005**.  Harper will then have fifteen (15) days to file an opposition, and the defendants eleven (11) days to file a reply.

     ORDERED in Tampa, Florida, on June 29, 2005.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**


SA/ro