UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE LEE HARPER,

    Plaintiff,

v.                                                     Case No. 8:02-cv-1607-T-23EAJ

FRANK TWOHIG, *et al.*,

    Defendants.
                                                        /

## O R D E R

Harper's "Motion to Reopen Discovery" (Doc. 54) is **DENIED**. Harper fails to identify what additional discovery is required and why he failed to accomplish the needed discovery while the discovery period was open. The defendants have filed their supplemental motion for summary judgment (Doc. 55). Pursuant to the prior order (Doc. 53), Harper has fifteen (15) days to file his opposition (and supplemental motion for summary judgment pursuant to his "Notice of Intention" Doc. 54) and the defendants eleven (11) days to then file a reply (and opposition).

ORDERED in Tampa, Florida, on July 13, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro